UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-00991-SPG-MAR Date: November 24, 2026

Title: Mingyang Pang v. Kristi Noem et al

Present: The Honorable: MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| Erica Valencia | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On March 3, 2026 Petitioner filed this Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241. ECF Docket No. ("Dkt.") 1. On April 6, 2026, the Court issued a Report and Recommendation ("R&R") that the Petition be granted, in part, and that Petitioner be released unless he was provided with a bond hearing wherein Respondents bore the burden of proof. The district court declined to accept the R&R, noting that between the time the Answer was filed and the R&R issued, Petitioner had been provided with a hearing wherein the Respondents bore the burden of proof. The court remitted the Petition to the undersigned for "future adjudication of whether Petitioner's case is mooted by the Rodriguez bond hearing provided on April 1, 2026." Dkt. 14. The Court therefore permitted the parties to file further briefing regarding whether the Rodriguez bond hearing provided mooted the Petition. Dkt. 15. No further briefing was received. Accordingly, Petitioner is ordered to show cause in writing **within fourteen (14) days** of this Order, by **December 4, 2026,** why this action should not be dismissed under Rule 41(b) for failure to prosecute, see Fed. R. Civ. P. 41(b), and/or denied as moot.

The Court will consider any of the following options to be an appropriate response to this OSC:

1. Petitioner shall file supplemental briefing;
2. Petitioner shall file a notice of no intent to file further briefing; or
3. Petitioner shall file a request for an extension to file further briefing.

If Petitioner files supplemental briefing, Respondents may file a reply no later than seven days after Petitioner's brief is filed.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-00991-SPG-MAR Date: November 24, 2026

Title: Mingyang Pang v. Kristi Noem et al

**Failure to respond to the Court's Order may result in the dismissal of the action.**

**IT IS SO ORDERED.**

:

**Initials of Preparer**